UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 17-5636-MWF(JCx)**                              Dated: **January 12, 2018**

Title:   Jose Estrada -*v*- US Bank, N.A., et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                          None Present

PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE RE SANCTIONS

The Court, on its own motion, ORDERS that counsel for the parties show cause in writing on or before **January 19, 2018**, why sanctions should not be imposed for failure to conduct a mediation as ordered by the Court on October 3, 2017 (Docket Entry [14]).

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.11, oral argument will not be heard in this matter unless ordered by the Court. The Order to Show Cause will stand submitted upon the filing of counsel's response on or before the above date. *Failure to respond to the Court's order may result in dismissal of the action.*

   **SO ORDERED.**